UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM LEE GRANT II,<br>901 Wythe Road<br>Springfield, Illinois 62702,<br><br>   Plaintiff,<br><br>  v.<br><br>WILLIAM PELHAM BARR,<br>5904 Calla Drive<br>McLean, Virginia 22101,<br><br>  - and -<br><br>UNITED STATES OF AMERICA<br>c/o U.S. Attorney's Office for D.C.<br>555 Fourth Street, NW<br>Washington, DC 20530<br><br>   Defendants. | Civil Action No. 21-3167 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendants, William Pelham Barr, and the United States of America (collectively, "Defendants"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon:

1. Defendants are in receipt of a Complaint in the case *Gran v. Barr, et al.*, No. 2021 CA 003691 B (D.C. Super. Ct.), filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on October 7, 2021. The U.S. Attorney's Office was served with a copy of the Complaint in the Civil Action on November 5, 2021. A copy of the Complaint is attached hereto as Exhibit A.

2. Among other positions in the government of the United States of America, Defendant served as United States Attorney General (1991-1993; 2019-2020), United States

Deputy Attorney General (1990-1991), and United States Assistant Attorney General for the Office of Legal Counsel (1989-1990).

3. Plaintiff, who is proceeding *pro se*, alleges that Defendant and other federal officials, among other acts:

   a. Detained Plaintiff for more than twenty-six years,

   b. Trafficked Plaintiff and detained hi in the basement of the Pentagon,

   c. Caused Plaintiff to be a witness to the 9/11 Terrorist Attacks,

   d. Caused Plaintiff to be beaten,

   e. Caused Plaintiff to endure psychological warfare,

   f. Caused Plaintiff to "act as a homosexual for seven (7) years," and

   g. Caused Plaintiff to stab Dr. Bill Grant,

*See generally* Ex. A.

4. Plaintiff appears to seek $99 trillion in damages from Defendant. *See* Ex. A at 48.

5. Among other claims, Plaintiff cites appears to claim liability and damages under District of Columbia laws regarding conspiracy, human trafficking, forced labor, trafficking in labor or commercial sex acts, and benefitting financially from human trafficking. *See* Ex. A at 4. Plaintiff also references District of Columbia common law. *Id.* at 12-13.

6. On the basis of the complaint and other available information, the Acting Chief of the Civil Division of the United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Mr. Barr was acting within the scope of his employment as an employee of the United States concerning the alleged incidents occurring during the periods of Mr. Barr's federal service. *See* Ex. B (Westfall Certification). As such, the United States has been automatically substituted as to such claims.

Plaintiff's claims against Mr. Barr, as an officer of the United States, may be removed to the appropriate United States district court under Title 28 of the United States Code. 28 U.S.C. § 1442(a)(1).

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia.

Dated: December 3, 2021

Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Sian Jones*
SIAN JONES, D.C. Bar No. 1024062
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-2578
Sian.Jones@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 3, 2021, I caused to be served on Plaintiff via first-class mail, postage prepaid, the foregoing Notice to the following address:

WILLIAM LEE GRANT, II
901 Wythe Road
Springfield, Illinois 62702

By: /s/ *Sian Jones*
*Counsel for the United States*